IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER COOPER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| CITY OF CHESTER, | : | NO. 11-5381 |
| POLICE OFFICER STEVEN T. BYRNE, | : | |
| POLICE OFFICER PATRICK MULLEN | : | |
| | : | |
| Defendants | : | |

**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

And NOW, this 11th day of March 2013, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 29), it is ORDERED that the Motion is DENIED as to Counts I and II; DENIED as to the assault and battery, false arrest, and malicious prosecution claims in Count V; DENIED as to the false arrest and malicious prosecution claims in Count VI; and GRANTED as to international infliction of emotional distress and false light claims in Counts V and VI.  It is further ORDERED that Plaintiff's request for leave to add federal charges against Defendant Mullen is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-5381 Cooper v. City of Chester\msj_order_march8.docx